Coös,
June, 1898,

LYDON, *Adm'x, v.* GRAND TRUNK RAILWAY CO.

CASE, for negligence, by the administratrix of the estate of an employee of the defendants. Trial by jury and verdict for the plaintiff. At the close of the evidence, subject to the defendant's exception, the court denied their motion to direct a verdict in their favor.

*Albert S. Twitchell*, for the plaintiff.

*Robert N. Chamberlin* and *Clarence A. Hight* (of Maine), for the defendants.

PIKE, J. There was no evidence upon which a jury could properly find that the plaintiff's intestate was ignorant of any fact material to his safety.

*Verdict set aside : judgment for the defendants.*

WALLACE, J., did not sit : the others concurred.

---

Strafford,
June, 1899.

MARSTON *v.* STRAFFORD SAVINGS BANK *& a.*

BILL IN EQUITY, to vacate a judgment of foreclosure recovered by the defendant bank against the plaintiff. Upon hearing, the bill was dismissed.

*Frank F. Fernald*, for the plaintiff.

*Arthur G. Whittemore* and *John S. H. Frink*, for the defendant bank.

PARSONS, J. The finding of the trial court, that none of the facts upon which the plaintiff relied to sustain her allegation of fraud in the judgment against her were proved, disposes of the questions raised. No question of law has been presented. The only question of law which might have been raised on the facts is settled in *Bergeron* v. *Bank*, 62 N. H. 655 ; *S. C.*, 63 N. H. 195.

*Case discharged.*

WALLACE and PIKE, JJ., did not sit : the others concurred.